Teika Yvette COOKE, Petitioner,

v.

**DEPARTMENT OF DEFENSE,** Respondent.

No. 2013–3030.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2013.

Martin F. McMahon, McMahon & Associates, of Washington, DC, argued for petitioner.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

RADER, Chief Judge, DYK, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.